IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Manuel Smith, III, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:10-cv-72 |
| | ) | |
| -vs- | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION** |
| Preference Personnel, David Dietz, and | ) | |
| Kendra Goette, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff's Complaint in this action alleges Preference Personnel engaged in unlawful

employment practices when it refused to reschedule a job interview because he was not given

sufficient notice to utilize metro area transit to attend the interview (Doc. #3, pp. 5-6).  Plaintiff

named as defendants Preference Personnel along with Preference Personnel employees David

Dietz and Kendra Goette.  Id. The Court has received a Report and Recommendation from the

Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636,

recommending Plaintiff's Complaint be dismissed without prejudice (Doc. #4).  Plaintiff has not

objected to the Report and Recommendation within the requisite time period.

The Court has reviewed the Report and Recommendation along with the entire file and

finds the magistrate judge's analysis is correct. The Court hereby adopts the Report and

Recommendation in its entirety.  For the reasons stated therein, Plaintiff's Complaint is hereby

**DISMISSED WITHOUT PREJUDICE** as to all named defendants.

**IT IS SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 6th day of October, 2010.

/s/   Ralph R. Erickson
Ralph R. Erickson, Chief Judge
United States District Court